# UNITED STATES DISTRICT & BANKRUPTCY COURT
Southern District of Texas



20260319-79

Marlon Ramirez Iribar
Geo Rio Grande Detention Facility
1001 San Rio Blvd
Laredo, Tx 78046

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

United States Courts
Southern District of Texas
FILED

MAR 30 2026

Nathan Ochsner, Clerk of Court

Date: Thursday, March 19, 2026
Case Number: 7:26-cv-00144
Document Number: 5 (1 page)
Notice Number: 20260319-79
Notice: The attached order has been entered.

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.



CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED

MAR 30 2026

Nathan Ochsner, Clerk of Court

**NO ID**

FIRST-CLASS

US POSTAGE ™ PITNEY BOWES

ZIP 77002 $ 000.74⁰
02 7W
0008035818 MAR. 20. 2026.

_____ Return to Sender
_____ Detainee No longer Here
_____ Unauthorized Items
✓ No Name of ID # unable to locate
_____ ID # Wrong
_____ ID # and Name Do Not Match